**In re District Justice Bradford Clark TIMBERS, Lehigh County Magisterial District 31–2–03.**

Supreme Court of Pennsylvania.

Submitted Jan. 3, 1997.

Decided June 16, 1997.

No. 0178 Judicial Administration Docket No. 1.

### ORDER

PER CURIAM.

AND NOW, this 16th day of June, 1997, in light of the removal of District Justice Timbers from office, this matter is dismissed as moot.